**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01917-BNB

JAH FREDERICK NATHANIEL MASON, III,

     Plaintiff,

v.

CLEAR CREEK COUNTY SHERIFF,
JUDGE RACHEL OLGUIN-FRESQUEZ, and
FIFTH JUDICIAL DISTRICT ATTORNEY,

     Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

     Plaintiff's motion titled "Motion for Order Directing the Defendant Sheriff to Comply With Order to Assist Plaintiff in Acquiring Motion/Complaint" (ECF No. 4) filed on July 21, 2014, is DENIED.  The clerk of the Court is directed to mail to Plaintiff, together with a copy of this minute order, copies of the Court-approved forms for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner Complaint, together with the applicable instructions.  Plaintiff will be allowed **thirty (30) days from the date of this minute order** in which to cure all the deficiencies designated in the order of July 15, 2014 (ECF No. 3).  Failure to do so within the time allowed may result in the dismissal of the instant action.

Dated:  July 22, 2014