IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01917-WJM-BNB

JAH FREDERICK NATHANIEL MASON, III,

Plaintiff,

v.

CLEAR CREEK COUNTY SHERIFF,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Compel Sheriff to Comply with Order, or Sheriff to Pay Filing Fee for Action, or Waiver of Fee** [docket no. 19, filed August 22, 2014] (the "Motion").

IT IS ORDERED that the Motion is DENIED as moot.

DATED:  October 9, 2014