IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-01917-WJM-BNB

JAH FREDERICK NATHANIEL MASON, III,

Plaintiff,

v.

CLEAR CREEK COUNTY SHERIFF,

Defendant.

_____

## ORDER
_____

This matter arises on **Plaintiff's Motion to Amend Complaint . . . .** [Doc. #37, filed 10/24/2014] (the "Motion"), which is DENIED.

The Federal Rules of Civil Procedure provide that "[a] request for a court order must be made by motion. The motion must . . . state with particularity the grounds for seeking the order and state the relief sought." Fed. R. Civ. P. 7(b). This Motion is incomprehensible and fails to specify either any grounds for relief or the precise nature of the relief sought.

Dated November 6, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge