# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge William J. Martínez

Civil Action No. 14-cv-1917-WJM-NYW

JAH FREDERICK NATHANIEL MASON, III,

    Plaintiff,

v.

CLEAR CREEK COUNTY SHERIFF,

    Defendant.

---

**ORDER ADOPTING APRIL 7, 2016 RECOMMENDATION OF MAGISTRATE JUDGE**

---

    This matter is before the Court on the April 7, 2016 Recommendation of United States Magistrate Judge Nina Y. Wang (the "Recommendation") (ECF No. 72) that Plaintiff's Motion for Summary Judgment (ECF No. 67) be denied as to summary judgment itself but granted as to Plaintiff's alternative request to set a Final Pretrial Conference. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

    The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. (ECF No. 72 at 5 n.1.) Despite this advisement, no objections to the Magistrate Judge's Recommendation have to date been received.

    The Court concludes that the Magistrate Judge's analysis was thorough and sound, and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only

satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); see also *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").

In accordance with the foregoing, the Court ORDERS as follows:

(1)     The Magistrate Judge's Recommendation (ECF No. 72) is ADOPTED in its entirety;

(2)     Plaintiff's Motion for Summary Judgment (ECF No. 67) is GRANTED IN PART and DENIED IN PART as stated in the Recommendation.

Dated this 2nd day of May, 2016.

BY THE COURT:

_____
William J. Martínez
United States District Judge